IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Macklin, Derrick D | Case Number:  08 B 01708 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/18/08 | Filed:  1/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 6, 2008
Confirmed: April 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,489.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,392.21 |
| Trustee Fee: | | 96.79 |
| Other Funds: | | 0.00 |
| Totals: | 1,489.00 | 1,489.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 1,392.21 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 2,082.44 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 16,025.48 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,322.70 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 11,077.64 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 573.34 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 199.88 | 0.00 |
| 11. | Nicor Gas | Unsecured | 304.64 | 0.00 |
| 12. | Illinois Farmers Insurance | Unsecured | 3,639.90 | 0.00 |
| 13. | Beneficial | Unsecured | | No Claim Filed |
| 14. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 38,726.02 | $ 1,392.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 96.79 |
| | $ 96.79 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Macklin, Derrick D

Printed: 11/18/08

Case Number:  08 B 01708
Judge:  Hollis, Pamela S
Filed:  1/25/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

